UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO.:  5:18MC64 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| Richard E. Lehman, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on July 2, 2019 for a hearing with all parties present.  Mr. Lehman and counsel for the United States attended.  At the hearing, the Court ordered Mr. Lehman to comply with the IRS subpoena issued on December 7, 2017 without further delay.  Mr. Lehman indicated that he would be able to comply within no more than a couple of days.  Accordingly, the Court ORDERED the parties in person and on the record to be present for further hearing on this matter on July 16, 2019 at 2:00.  The hearing will go forward on the appointed date and time.  Failure to appear will result in sanctions.

IT IS SO ORDERED.

DATED: July 15, 2019

*/s/ John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE